**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICK RUSSELL, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES INCORPORATED, ANN MCLAUGHLIN, SIDNEY HARMAN, SHIRLEY MOUNT HUFSTEDLER, EDWARD H. MEYER, KEVIN BROWN, SANDRA B. ROBINSON, SANDRA S. BUCHANAN and UNKNOWN FIDUCIARY DEFENDANTS 1 - 50, 1101 Pennsylvania Avenue, N.W. Suite 1010, Washington, DC 20004,<br><br>Defendants. | Case No. 1:07-cv-02212 (RWR)<br>Honorable Richard W. Roberts |

**AGREED MOTION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and LCvR 7, and with plaintiff's agreement, defendants Harman International Industries, Incorporated ("Harman"), Ann McLaughlin ("McLaughlin"), Sidney Harman ("Dr. Harman"), Shirley Mount Hufstedler ("Hufstedler"), Edward H. Meyer ("Meyer"), Kevin Brown ("Brown"), Sandra B. Robinson ("Robinson"), and Sandra S. Buchanan ("Buchanan"), respectfully request that the Court enter an order in the form attached hereto extending the time within which defendants have to answer or otherwise respond to the Complaint. In support of this Agreed Motion, defendants state as follows:

1. On December 7, 2007, plaintiff filed this action as a purported class action alleging claims under Section 502 of the Employee Retirement Income Security Act ("ERISA"), (29 U.S.C. § 1132).

2. On January 2, 2008, plaintiff served defendants' counsel with a request for Harman to produce documents pursuant to Section 104(b)(4) of ERISA (29 U.S.C. § 1024(b)(4)).

3. Plaintiff also requested that defendants waive formal service of a summons and complaint and accept service of the Complaint through counsel. Defendants, while reserving all appropriate objections and defenses, have agreed to accept service of plaintiff's Complaint.

4. The parties agree that it would be duplicative and wasteful of the Court's and the parties' resources for defendants to have to respond to the current complaint before plaintiff has had an opportunity to review the documents produced in response to its January 2 request and to determine whether to file an amended complaint.

5. Therefore, the parties have agreed as follows:

    a. Harman shall respond to plaintiff's January 2 request for production of documents on or before February 15, 2008;

    b. Following Harman's response to plaintiff's request for production of documents, plaintiff shall have 60 days within which to file an Amended Complaint;

    c. Defendants shall have 60 days thereafter to respond to plaintiff's Amended Complaint;

    d. In the event defendants move to dismiss the Amended Complaint, plaintiff shall have 45 days thereafter within which to file and serve any opposition to defendants' motion to dismiss; and

    e. Defendants shall have 30 days thereafter within which to file and serve a reply in support of the motion to dismiss.

  WHEREFORE, defendants respectfully request that the Court grant this Agreed Motion and enter the order attached hereto extending the time for defendants to answer or otherwise respond to the Complaint or any Amended Complaint.

  Respectfully submitted this 31st day of January, 2008.

           /s/ Thomas F. Cullen, Jr.
           Thomas F. Cullen, Jr. (D.C. Bar No. 224733)
           JONES DAY
           51 Louisiana Avenue, N.W.
           Washington, D.C. 20001-2113
           Telephone: (202) 879-3939
           Fax: (202) 626-1700
           tcullen@jonesday.com

           *Counsel for Defendants Harman International Industries, Incorporated., Dr. Sidney Harman, Kevin Brown, Sandra B. Robinson, and Sandra S. Buchanan*

## CERTIFICATE OF SERVICE

This is to certify that on this 31st day of January, 2008, I electronically filed the Agreed Motion to Extend Time to Answer or Otherwise Respond to Complaint using the CM/ECF system, which sent an electronic notice to the following parties:

> John B. Isbister
> Toyja E. Kelley
> TYDINGS & ROSENBERG LLP
> 100 East Pratt Street
> Baltimore MD 21202
> Telephone: (410) 752-9700
> Facsimile: (410) 727-5460
> (jisbister@tydingslaw.com)
> (tkelley@tydingslaw.com)
>
> GAINEY & McKENNA
> Thomas J. McKenna
> 295 Madison Avenue
> New York, NY 10017
> Telephone: (212) 983-1300
> Facsimile: (212) 983-0383
> tjmckenna@gaineyandmckenna.com
>
> *Attorneys for Plaintiff*

/s/ Thomas F. Cullen, Jr.
Thomas F. Cullen, Jr. (D.C. Bar No. 224733)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK RUSSELL, On Behalf Of Himself And All Others Similarly Situated, ) ) ) | Case No. 1:07-cv-02212 (RWR) Honorable Richard W. Roberts |
| Plaintiff, ) ) | |
| v. ) ) | |
| HARMAN INTERNATIONAL INDUSTRIES INCORPORATED, ANN MCLAUGHLIN, SIDNEY HARMAN, SHIRLEY MOUNT HUFSTEDLER, EDWARD H. MEYER, KEVIN BROWN, SANDRA B. ROBINSON, SANDRA S. BUCHANAN and UNKNOWN FIDUCIARY DEFENDANTS 1 - 50, 1101 Pennsylvania Avenue, N.W. Suite 1010, Washington, DC 20004, ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

**ORDER GRANTING AGREED MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

This matter having come before the Court on defendants' Agreed Motion to Extend Time to Answer or Otherwise Respond to Complaint, the Court having reviewed said motion, and good cause having been shown, it is this __ day of _____, 2008,

ORDERED that defendants' Agreed Motion to Extend Time is hereby GRANTED and that:

1. Following defendants' response to plaintiff's request for production of documents on or before February 15, 2008, plaintiff shall have 60 days within which to file an Amended Complaint.

2

     2.       Defendants shall have 60 days thereafter to respond to plaintiff's Amended Complaint.

     3.       In the event defendants move to dismiss the Amended Complaint, plaintiff shall have 45 days thereafter within which to file and serve any opposition to defendants' motion to dismiss.

     4.       Defendants shall have 30 days thereafter within which to file and serve a reply in support of the motion to dismiss.

_____
Richard W. Roberts
UNITED STATES DISTRICT JUDGE