IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK RUSSELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, 21833 Kentucky Court Clinton Township, MI 48035<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES INCORPORATED, ANN MCLAUGHLIN, SIDNEY HARMAN, SHIRLEY MOUNT HUFSTEDLER, EDWARD H. MEYER, KEVIN BROWN, SANDRA B. ROBINSON, SANDRA S. BUCHANAN and UNKNOWN FIDUCIARY DEFENDANTS 1 - 50, 1101 Pennsylvania Avenue, N.W. Suite 1010, Washington, DC 20004,<br><br>Defendants. | Case No. 1:07-cv-02212 (RWR)<br>Honorable Richard W. Roberts |

**Certificate Required by LCvR 7.1 of the Local Rules of the
<u>United States District Court for the District of Columbia</u>**

I, the undersigned, counsel of record for Harman International Industries, Incorporated ("Harman"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Harman which have any outstanding securities in the hands of the public.

Harman is a stock corporation organized under the laws of the State of Delaware with its principal place of business at 1101 Pennsylvania Avenue, NW, Suite 1010, Washington, D.C., 20004-2506. Harman has no parent, subsidiary or affiliate that has any outstanding securities in the hands of the public.

      These representations are made in order that judges of this court may determine the need for recusal.

Dated:      January 31, 2008      Respectfully submitted,

      /s/ Thomas F. Cullen, Jr. _____
Thomas F. Cullen, Jr. (D.C. Bar No. 224733)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 202-879-3939
Fax: 202-626-1700
tfcullen@jonesday.com

*Counsel of Record for Harman International Industries, Incorporated*

## CERTIFICATE OF SERVICE

This is to certify that on this 31st day of January, 2008, I electronically filed the Certificate Required by LCvR 7.1 using the CM/ECF system, which sent an electronic notice to the following parties:

> John B. Isbister
> Toyja E. Kelley
> TYDINGS & ROSENBERG LLP
> 100 East Pratt Street
> Baltimore MD 21202
> Telephone: (410) 752-9700
> Facsimile: (410) 727-5460
> (jisbister@tydingslaw.com)
> (tkelley@tydingslaw.com)
>
> GAINEY & McKENNA
> Thomas J. McKenna
> 295 Madison Avenue
> New York, NY 10017
> Telephone: (212) 983-1300
> Facsimile: (212) 983-0383
> tjmckenna@gaineyandmckenna.com
>
> *Attorneys for Plaintiff*

/s/ Thomas F. Cullen, Jr.
Thomas F. Cullen, Jr. (D.C. Bar No. 224733)