# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK RUSSELL, On Behalf Of Himself And All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>HARMAN INTERNATIONAL INDUSTRIES INCORPORATED, ANN MCLAUGHLIN, SIDNEY HARMAN, SHIRLEY MOUNT HUFSTEDLER, EDWARD H. MEYER, KEVIN BROWN, SANDRA B. ROBINSON, SANDRA S. BUCHANAN and UNKNOWN FIDUCIARY DEFENDANTS 1 - 50, 1101 Pennsylvania Avenue, N.W. Suite 1010, Washington, DC 20004, )<br><br>Defendants. ) | Case No. 1:07-cv-02212 (RWR)<br>Honorable Richard W. Roberts |

## ORDER GRANTING AGREED MOTION TO EXTEND TIME
## TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

This matter having come before the Court on defendants' Agreed Motion to Extend Time

to Answer or Otherwise Respond to Complaint, the Court having reviewed said motion, and

good cause having been shown, it is this 14th day of _February_, 2008,

ORDERED that defendants' Agreed Motion to Extend Time is hereby GRANTED and

that:

1.    Following defendants' response to plaintiff's request for production of documents

on or before February 15, 2008, plaintiff shall have 60 days within which to file an Amended

Complaint.

Case 1:07-cv-02212-RWR    Docume⁚                                    age 2 of 2

2.      Defendants shall have 60 days thereafter to respond to plaintiff's Amended

Complaint.

3.      In the event defendants move to dismiss the Amended Complaint, plaintiff shall

have 45 days thereafter within which to file and serve any opposition to defendants' motion to

dismiss.

4.      Defendants shall have 30 days thereafter within which to file and serve a reply in

support of the motion to dismiss.

_____
Richard W. Roberts
UNITED STATES DISTRICT JUDGE