IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICK RUSSELL, On Behalf of Himself And All Similarly Situated,** | * |
| | * |
| Plaintiffs | |
| | * Civil Action No. 07-CV-02212 RWR |
| v. | |
| | * |
| **HARMAN INTERNATIONAL, INC., et al.** | |
| | * |
| Defendants | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## APPEARANCE BY COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 83.6(a), please enter the appearance of the following as additional counsel for the plaintiffs:

Toyja E. Kelley, D.C. Bar No. 482977
**TYDINGS & ROSENBERG LLP**
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
Phone: (410) 752-9700

DATED: March 7, 2008         /s/
                             John B. Isbister, Bar No. 277418
                             Toyja E. Kelley, D.C. Bar No. 482977
                             **TYDINGS & ROSENBERG LLP**
                             100 East Pratt Street, 26th Floor
                             Baltimore, Maryland 21202
                             (410) 752-9700

                             Thomas J. McKenna
                             **GAINEY & McKENNA**
                             485 Fifth Avenue, 3rd Floor
                             New York, NY 10017
                             (212) 983-1300

                             **Attorneys for Plaintiffs**

#803485v.1