IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICK RUSSELL, On Behalf of Himself And All Similarly Situated,** | \* |
| | \* |
| Plaintiffs | |
| | \* Civil Action No. 07-CV-02212 RWR |
| v. | |
| | \* |
| **HARMAN INTERNATIONAL, INC., et al.** | |
| | \* |
| Defendants | |
| | \* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### RESPONSE TO SHOW CAUSE ORDER DATED FEBRUARY 26, 2008

Plaintiff Patrick Russell, on behalf of himself and all similarly situated, hereby responds to this Court's February 26, 2008 Show Cause Order ("Show Cause Order") requiring the parties to show cause in writing why this case should not be consolidated with *In re Harman Int'l Indus. Inc. Securities Litigation*, 07-cv-1757- RWR ("*In re Harman*") for pretrial management purposes. Plaintiff suggests that this case should be coordinated with the proceedings in *In re Harman* for pretrial management purposes only. Coordination of these related cases would minimize needless duplication of effort and other inefficiencies were these cases to be litigated separately. Plaintiff, however, believes that there are sufficient differences between the cases such that consolidation is not warranted at this time. For example, the parties in this ERISA case are not bound by the PSLRA discovery stay and may seek discovery of documents and/or witnesses not relevant to the dispute in *In re Harman*.

#809135v.1

2

DATED: <u>March 7, 2008</u>         <u>/s/                                             </u>
John B. Isbister, Bar No. 277418
Toyja E. Kelley, D.C. Bar No. 482977
**TYDINGS & ROSENBERG LLP**
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
(410) 752-9700

Thomas J. McKenna
**GAINEY & McKENNA**
485 Fifth Avenue, 3rd Floor
New York, NY 10017
(212) 983-1300

**Attorneys for Plaintiffs**

#809135v.1