IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICK RUSSELL, On Behalf of Himself And All Similarly Situated,**  *<br><br>**Plaintiffs**  *<br><br>v.  * Civil Action No. 07-CV-02212 RWR<br><br>**HARMAN INTERNATIONAL, INC., et al.**  *<br><br>**Defendants**  *<br> *| |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT MOTION TO EXTEND TIME TO FILE
AMENDED COMPLAINT AND RESPONSE TO AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and LCvR 7, the parties respectfully requests that the Court enter an order extending the time for plaintiff to file his amended complaint and for defendants to answer the amended complaint or otherwise respond thereto. In support of this motion, plaintiff states as follows:

1. On December 7, 2007, plaintiff filed this class action against defendants alleging claims under Section 502 of the Employment Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1132.

2. On January 2, 2008, plaintiff served defendants with requests for documents pursuant to Section 104(b)(4) of ERISA, 29 U.S.C. § 1024(b)(4).

3. Although defendants have produced certain documents, plaintiff needs additional time to review the documents produced by defendants to identify the proper parties to be named as defendants in the amended complaint.

4. Accordingly, the parties have agreed to the following:

#844748v.1

a. Plaintiff will file his amended complaint on or before May 19, 2008;

b. Defendants will file an answer or otherwise respond to the amended complaint on or before July 19, 2008;

c. In the event that defendants file a motion to dismiss the amended complaint, plaintiff will file any opposition to defendant's motion within 45 days following the date defendants file their motion; and

d. Defendants will file any reply to plaintiff's opposition within 30 days following the date plaintiff files his opposition.

WHEREFORE, the parties respectfully requests that the Court grant this consent motion and enter an Order extending the time to file the amended complaint and any response thereto in accordance with the consent motion.

Respectfully submitted,

DATED: May 5, 2008          /s/_____
John B. Isbister, Bar No. 277418
Toyja E. Kelley, D.C. Bar No. 482977
**TYDINGS & ROSENBERG LLP**
100 East Pratt Street, 26th Floor
Baltimore, Maryland  21202
(410) 752-9700

Thomas J. McKenna
**GAINEY & McKENNA**
485 Fifth Avenue, 3rd Floor
New York, NY 10017
(212) 983-1300

**Attorneys for Plaintiffs**

                 /s/
Thomas F. Cullen, Jr. Bar No. 224733
**JONES DAY**
51 Lousiana Avenue, N.W.
Washington, D.C.  20001
(202) 879-3939

**Attorneys for Defendants**

#844748v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICK RUSSELL, On Behalf of Himself And All Similarly Situated,** | * |
| | * |
| Plaintiffs | |
| | * Civil Action No. 07-CV-02212 RWR |
| v. | |
| | * |
| **HARMAN INTERNATIONAL, INC., et al.** | |
| | * |
| Defendants | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the parties' Consent Motion to Extend Time to File Amended Complaint and Response to Amended Complaint, and good cause having been shown, it is this ___ day of April, 2008, hereby:

**ORDERED** that the Consent Motion be, and hereby, is **GRANTED**; it is further

**ORDERED** that:

a. Plaintiff will file his amended complaint on or before May 19, 2008;

b. Defendants will file an answer or otherwise respond to the amended complaint on or before July 19, 2008;

c. In the event that defendants file a motion to dismiss the amended complaint, plaintiff will file any opposition to defendant's motion within 45 days following the date defendants file their motion; and

d. Defendants will file any reply to plaintiff's opposition within 30 days following the date plaintiff files his opposition.

_____
Judge, U.S. District Court for the District of Columbia

#845142v.1