IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK RUSSELL, On Behalf of Himself And All Similarly Situated,<br><br>      Plaintiffs<br><br>v.<br><br>HARMAN INTERNATIONAL, INC., et al.<br><br>      Defendants | \*<br>\*<br>\*  Civil Action No. 07-CV-02212 RWR<br>\*<br>\*<br>\* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT AND RESPONSE TO AMENDED COMPLAINT**

      Pursuant to Fed. R. Civ. P. 6(b) and LCvR 7, the parties respectfully requests that the Court enter an order extending the time for plaintiff to file his amended complaint and for defendants to answer the amended complaint or otherwise respond thereto. In support of this motion, plaintiff states as follows:

      1.      On December 7, 2007, plaintiff filed this class action against defendants alleging claims under Section 502 of the Employment Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1132.

      2.      On January 2, 2008, plaintiff served defendants with requests for documents pursuant to Section 104(b)(4) of ERISA, 29 U.S.C. § 1024(b)(4).

      3.      Although defendants have produced certain documents, plaintiff has requested additional information from the defendants to identify the proper parties to be named as defendants in the amended complaint.

      4.      Accordingly, the parties have agreed to the following:

#832125v.1

a. Plaintiff will file his amended complaint on or before June 2, 2008;

b. Defendants will file an answer or otherwise respond to the amended complaint on or before August 5, 2008;

c. In the event that defendants file a motion to dismiss the amended complaint, plaintiff will file any opposition to defendant's motion within 45 days following the date defendants file their motion; and

d. Defendants will file any reply to plaintiff's opposition within 30 days following the date plaintiff files his opposition.

WHEREFORE, the parties respectfully requests that the Court grant this consent motion and enter an Order extending the time to file the amended complaint and any response thereto in accordance with the consent motion.

        Respectfully submitted,

DATED: May 19, 2008       /s/_____
        John B. Isbister, Bar No. 277418
        Toyja E. Kelley, D.C. Bar No. 482977
        **TYDINGS & ROSENBERG LLP**
        100 East Pratt Street, 26th Floor
        Baltimore, Maryland 21202
        (410) 752-9700

        Thomas J. McKenna, pro hac motion pending
        **GAINEY & McKENNA**
        485 Fifth Avenue, 3rd Floor
        New York, NY 10017
        (212) 983-1300

        **Attorneys for Plaintiffs**

       /s/ _____
Thomas F. Cullen, Jr. Bar No. 224733
**JONES DAY**
51 Lousiana Avenue, N.W.
Washington, D.C.  20001
(202) 879-3939

**Attorneys for Defendants**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICK RUSSELL, On Behalf of Himself And All Similarly Situated,** | * |
| | * |
| **Plaintiffs** | |
| | * Civil Action No. 07-CV-02212 RWR |
| v. | |
| | * |
| **HARMAN INTERNATIONAL, INC., et al.** | |
| | * |
| **Defendants** | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the parties' Consent Motion to Extend Time to File Amended Complaint and Response to Amended Complaint, and good cause having been shown, it is this ___ day of May, 2008, hereby:

**ORDERED** that the Consent Motion be, and hereby, is **GRANTED**; it is further

**ORDERED** that:

a. Plaintiff will file his amended complaint on or before June 2, 2008;

b. Defendants will file an answer or otherwise respond to the amended complaint on or before August 5, 2008;

c. In the event that defendants file a motion to dismiss the amended complaint, plaintiff will file any opposition to defendant's motion within 45 days following the date defendants file their motion; and

d. Defendants will file any reply to plaintiff's opposition within 30 days following the date plaintiff files his opposition.

_____
Judge, U.S. District Court for the District of Columbia

#852760v.1