Case 1:07-cv-02212-RWR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK RUSSELL, On Behalf of Himself And All Similarly Situated,<br><br>Plaintiffs<br><br>v.<br><br>HARMAN INTERNATIONAL, INC., et al.<br><br>Defendants | *<br>*<br>*<br>* Civil Action No. 07-CV-02212 RWR<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the parties' Consent Motion to Extend Time to File Amended Complaint and Response to Amended Complaint, and good cause having been shown, it is this 16 day of May, 2008, hereby:

**ORDERED** that the Consent Motion be, and hereby, is **GRANTED**; it is further

**ORDERED** that:

a. Plaintiff will file his amended complaint on or before May 19, 2008;

b. Defendants will file an answer or otherwise respond to the amended complaint on or before July 19, 2008;

c. In the event that defendants file a motion to dismiss the amended complaint, plaintiff will file any opposition to defendant's motion within 45 days following the date defendants file their motion; and

d. Defendants will file any reply to plaintiff's opposition within 30 days following the date plaintiff files his opposition.

_____
Judge, U.S. District Court for the District of Columbia

#845142v.1