## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK RUSSELL, On Behalf of Himself And All Similarly Situated, | * |
| | * |
| Plaintiffs | |
| | * Civil Action No. 07-CV-02212 RWR |
| v. | |
| | * |
| HARMAN INTERNATIONAL, INC., et al. | |
| | * |
| Defendants | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the parties' Consent Motion to Extend Time to File Amended Complaint and Response to Amended Complaint, and good cause having been shown, it is this **23** day of May, 2008, hereby:

**ORDERED** that the Consent Motion be, and hereby, is **GRANTED**; it is further

**ORDERED** that:

a. Plaintiff will file his amended complaint on or before June 2, 2008;

b. Defendants will file an answer or otherwise respond to the amended complaint on or before August 5, 2008;

c. In the event that defendants file a motion to dismiss the amended complaint, plaintiff will file any opposition to defendant's motion within 45 days following the date defendants file their motion; and

d. Defendants will file any reply to plaintiff's opposition within 30 days following the date plaintiff files his opposition.

_____
Judge, U.S. District Court for the District of Columbia

#852760v.1

TOTAL P.005

Case 1:06-cr-00078-RWR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIM. NO. 06-78  (RWR) |
| | ) | |
| v. | ) | |
| | ) | |
| ALPHONSO WALKER | ) | |

### ORDER

Upon consideration of the Government's Motion for an Extension of Time in which to File an Opposition to Defendant's Motion to Reduce Sentence, and the reasons stated therein, it is this 22nd day of ~~April~~ May, 2008

ORDERED that the motion be, and hereby is granted *nunc pro tunc*; and it is further

ORDERED that the Government shall respond no later than May 19, 2008.

_____
RICHARD W. ROBERTS
United States District Judge

Copies to:

Alphonso Walker
 Fed. Reg. No. 01498-748
FPC Schuylkill
P.O. 759
Minersvile, PA 17954

Joan Draper, Esquire
Special Proceedings Division
United States Attorney's Office
555 4th Street N.W.
Washington D.C.  20530