IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICK RUSSELL, On Behalf of Himself And All Similarly Situated,**     *<br><br>   Plaintiffs                                          *<br><br>v.                                                        * Civil Action No. 07-CV-02212 RWR<br><br>**HARMAN INTERNATIONAL, INC., et al.**   *<br><br>   Defendants                                       *<br><br>*  | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION FOR ADMISSION OF THOMAS J. MCKENNA *PRO HAC VICE*

The undersigned counsel is a member in good standing of the bar of this Court and moves the admission of Thomas J. McKenna, Esq. to appear *pro hac vice* in this case as counsel for plaintiffs.  Undersigned counsel shall remain counsel in this case. The declaration required under Local Civil Rule 83.2(d) and a Proposed Order are attached and incorporated herein.  Pursuant to Local Rule 7(m), the undersigned also states that counsel for the defendants has consented to this motion.

Respectfully submitted,

DATED: June 2, 2008

/s/_____
John B. Isbister, Bar No. 277418
Toyja E. Kelley, D.C. Bar No. 482977
**TYDINGS & ROSENBERG LLP**
100 East Pratt Street, 26th Floor
Baltimore, Maryland  21202
(410) 752-9700

#846060v.1

        /s/_____
Thomas J. McKenna, admission motion pending
**GAINEY & McKENNA**
485 Fifth Avenue, 3rd Floor
New York, NY 10017
(212) 983-1300

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June 2008 that a copy of the foregoing *Pro Hac Vice* Motion was filed and served electronically via the ECF/CM system and emailed and sent via certified mail to:

Robert C. Micheletto
**JONES DAY**
222 East 41st Street
New York, New York  10017
Tel. No.:  (212) 326-3690
Fax. No.: (212) 755-7306
rmicheletto@jonesday.com

**Attorneys for Defendants**

        / s /_____
Toyja E. Kelley

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK RUSSELL, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES INCORPORATED, ANN MCLAUGHLIN, SIDNEY HARMAN, SHIRLEY MOUNT HUFSTEDLER, EDWARD H. MEYER, KEVIN BROWN, SANDRA B. ROBINSON, SANDRA S. BUCHANAN and UNKNOWN FIDUCIARY DEFENDANTS 1 - 50, 1101 Pennsylvania Avenue, N.W. Suite 1010, Washington, DC 20004,<br><br>Defendants. | Case No. 1:07-cv-02212 (RWR)<br>Honorable Richard W. Roberts<br><br><br><br>**AFFIDAVIT OF THOMAS J. McKENNA IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*** |

I, Thomas J. McKenna, being duly sworn upon oath, depose and say:

1.   I am an attorney for Plaintiff, Patrick Russell in the above-referenced case. I make this Affidavit in support of a Motion for Admission of Counsel *pro hac vice* in this case.

2.   Plaintiff Patrick Russell has retained me and my firm, Gainey & McKenna, to represent them in connection with the matters raised in the Complaint. My law firm regularly represents individuals and classes of individuals in similar litigation in other federal courts.

3.   I am a 1984 graduate of Syracuse University, College of Law. I was admitted to the Bar of the State of New York in 1985 and am able to practice law before all the courts of New York State. In addition, I was admitted to the bar of both the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York in 1986. I was also admitted to practice before the United States Court of

Appeals, Second Circuit in 1997. I am currently a member in good standing and eligible to practice before all of the above-referenced courts. My email address is tjmlaw2001@yahoo.com and tjmckenna@gaineyandmckenna.com. My New York State Bar number is 2009546.

4.  I have associated with Toyja Kelley and his firm Tydings & Rosenberg, LLP. who will act as co-counsel in this matter. Mr. Kelley is a member of the Columbia bar and is also admitted to the Bar of this Court.

5.  I acknowledge and agree that if I am admitted *pro hac vice* that I will consent to be subject to the jurisdiction and rules of the Columbia Supreme Court governing professional conduct.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Thomas J. McKenna

**SUBSCRIBED AND SWORN TO BEFORE ME THIS 24th DAY OF April, 2008.**

_____
Notary Public

AMOS BRUNSON, JR.
Notary Public, State of New York
No. 02BR6079448
Qualified in Nassau County
Commission Expires 8/26/2010

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK RUSSELL, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES INCORPORATED, ANN MCLAUGHLIN, SIDNEY HARMAN, SHIRLEY MOUNT HUFSTEDLER, EDWARD H. MEYER, KEVIN BROWN, SANDRA B. ROBINSON, SANDRA S. BUCHANAN and UNKNOWN FIDUCIARY DEFENDANTS 1 - 50, 1101 Pennsylvania Avenue, N.W. Suite 1010, Washington, DC 20004,<br><br>Defendants. | Case No. 1:07-cv-02212 (RWR)<br>Honorable Richard W. Roberts |

## ORDER GRANTING AFFIDAVIT OF THOMAS J. McKENNA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Thomas J. McKenna, having filed his Motion and Affidavit in Support of Motion for Admission, *Pro Hac Vice*, on behalf of Plaintiff Patrick Russell in the above-entitled action, and the Court, having considered the Application in accordance with S.D. Ind. L.R. 83.5, and being otherwise duly advised, now finds that good cause exists therefore, and **GRANTS** the Application.

**IT IS THEREFORE ORDERED** that Thomas J. McKenna is granted leave to appear, *Pro Hac Vice*, in the above-entitled action on behalf Plaintiff Patrick Russell and his appearance for Plaintiff Patrick Russell with the following service address, is so recognized:

          **GAINEY & MCKENNA**
295 Madison Avenue, 4th Floor
New York, New York 10017
Telephone: (212) 983-1300
Email: Tjmlaw2001@yahoo.com
tjmckenna@gaineyandmckenna.com


**SO ORDERED** this _____ day of _____, 2008.


_____
Judge, U.S. District Court for the District of Columbia