AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

| | |
|---|---|
| PATRICK RUSSELL ) | |
| ) | **APPEARANCE** |
| ) | |
| vs. ) | CASE NUMBER 1:07-CV-02212 |
| ) | |
| HARMAN INTERNATIONAL ) | |
| INDUSTRIES, INCORPORATED ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of  Sara Pikofsky  as counsel in this
(Attorney's Name)

case for:  Defendants Harman International Industries, Incorporated, Sidney Harman, Sandra S. Buchanan, Kevin Brown, Gregory Henry, Chet Simon, Jeffrey Curtis, Robert Ryan, The Harman Administrative Committee, The Harman Investment Committee, The Harman Pension Committee

August 5, 2008
Date

*(signature)*
Signature

Sara Pikofsky
Print Name

485948
BAR IDENTIFICATION

Jones Day, 51 Louisiana Ave. NW
Address

Washington, DC  20001
City        State        Zip Code

202.879.3781
Phone Number