AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

| PATRICK RUSSELL | ) | |
| --- | --- | --- |
|  | ) | **APPEARANCE** |
|  | ) | |
|  | ) | |
| vs. | ) | CASE NUMBER   1:07-CV-02212 |
|  | ) | |
| HARMAN INTERNATIONAL | ) | |
| INDUSTRIES, INCORPORATED | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of __Evan Miller__ as counsel in this
(Attorney's Name)

case for: __Defendants Harman International Industries, Incorporated, Sidney Harman, Sandra S. Buchanan, Kevin Brown, Gregory Henry, Chet Simon, Jeffrey Curtis, Robert Ryan, The Harman Administrative Committee, The Harman Investment Committee, The Harman Pension Committee__

August 5, 2008
Date

Signature

Evan Miller
Print Name

371249
BAR IDENTIFICATION

Jones Day, 51 Louisiana Ave. NW
Address

Washington, DC   20001
City         State         Zip Code

202.879.3840
Phone Number